UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DM VERO LLC operating as "VERO", JUDE DENNIS
MAROVIC, and MARKO MATIC,

               Case No.: 1:21-CV-02008-ER

          Plaintiffs,

               **ORDER DIRECTING CLERK'S**
               **ACCEPTANCE OF DVD**
    -against-               **VIDEO EXHIBITS**

BENJAMIN OHEBSHALOM, SKY MANAGEMENT,
ALLIANCE 77 LLC, and JOHN DOES 1-5,

          Defendants.
-----------------------------------------------------------------x

      Upon the reading and filing of the May 26, 2021 Declaration and Memorandum of Law in

support of Plaintiffs' Cross-Motion for a Preliminary Injunction and in Opposition to

Defendants' Motion to Dismiss the Complaint as well as Plaintiff Marko Matic's May 24, 2021

Affidavit, and it appearing that video footage relevant to the Plaintiffs' claims are material and

necessary to the issues of this action,

      Now, upon the application of Kohan Law Group, P.C., by Michael Kohan, attorneys for

Plaintiffs, for an order granting leave for video footage be filed as exhibits in this matter, it is

hereby ordered as follows:

      The Clerk of this Court is respectfully directed to accept DVD-format video footage as

exhibits to motion papers in this matter, including for those exhibits annexed to the May 26,

2021 Declaration and Memorandum of Law in support of Plaintiffs' Cross-Motion for a

Preliminary Injunction and in Opposition to Defendants' Motion to Dismiss the Complaint, and

said Clerk is directed to receive and note the DVD(s) of the video exhibits on the above docket.

      SO ORDERED.

Dated: New York, New York
     May  _27_  , 2021
                             _____
                             Hon. Edgardo Ramos,
                             United States District Judge