UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DM VERO LLC operating as "VERO," JUDE DENNIS MAROVIC, and MARKO MATIC,

    Plaintiffs,

– against –

BENJAMIN OHEBSHALOM, SKY MANAGEMENT, ALLIANCE 77, LLC., and JOHN DOES 1-5,

    Defendants.

**ORDER**

21 Civ. 2008 (ER)

RAMOS, D.J.:

    On March 9, 2021, Plaintiffs brought this suit. Doc. 1. Defendants filed a motion to dismiss on April 19, 2021. Docs. 14. On May 26, 2021, in addition to filing an opposition to that motion, Plaintiffs filed a cross-motion for preliminary injunction, seeking to enjoin Defendants from destroying Plaintiffs' property, pursuing claims against Plaintiffs in a state-court ejectment proceeding, and applying for a building permit with the City of New York. Doc. 22. The Court held a hearing on July 6, 2021 on the counter-motion for preliminary injunction. Doc. 28. For the reasons stated at that hearing, the Court DENIES the counter-motion for preliminary injunction, and the Clerk of Court is respectfully directed to terminate the motion. Doc. 22.

    It is SO ORDERED.

Dated:    July 14, 2021
           New York, New York

                                          EDGARDO RAMOS, U.S.D.J.